UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DIMARCO LEWIS** | **CIVIL ACTION** |
| versus | **NO. 09-2848** |
| **WARDEN N. BURL CAIN** | **SECTION: "N" (3)** |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the petitioner on October 8, 2009, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Dimarco Lewis** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 16th day of October, 2009.

UNITED STATES DISTRICT JUDGE